UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY C. BLAKELY,

    Plaintiff,

v.                                        Case No.  6:13-cv-796-Orl-18TBS

SAFECO INSURANCE COMPANY OF
ILLINOIS,

    Defendant.

_____

ORDER

Pending before the Court is Plaintiff's Motion to Strike Affirmative Defenses (Doc. 22).  The motion is DENIED because it does not comply with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on August 16, 2013.

*[Signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel